UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                           13-cr-536 (PKC)

          -against-

                                                                                         ORDER

MANUEL AQUINO,

                        Defendant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Natalie Todd is appointed pursuant to the Criminal Justice Act to represent defendant Manuel Aquino solely on resentencing. After consulting with her client and the government, she should advise the Court within 21 days when she wishes to schedule the resentencing and whether her client desires to be physically present.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                             United States District Judge

Dated: New York, New York
           April 29, 2020