LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

**NATALI J.H. TODD**
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel:  718-797-3055
Fax: 718-504-3900
E-mail: *natali_todd@yahoo.com*
www.natalitoddlawyer.com

April 30, 2020

By E.C.F.
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application to withdraw is granted.
> SO ORDERED.
> Dated:  4/30/2020
>
> _P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

Re:   *U.S. v. Manuel Aquino, 13 Cr. 536 (PKC)*
      *Request to be Relieved As Counsel*

Dear Judge Castel:

    I write to advise the Court that counsel was previously relieved in 2014 due to a breakdown in the attorney-client relationship and Mr. Aquino was subsequently represented by Alan Seidler through his plea and sentencing.  Accordingly, I respectfully request that the Court appoint another counsel.  Thank you for your consideration in this matter.

Respectfully,

/s/
Natali Todd, Esq.