# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**David Patton**
*Executive Director and Attorney-in-Chief*

August 19, 2020

**By CM/ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

> Sentencing is moved up to August 26, 2020 at 12:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 8/19/2020
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re:   *United States v. Manuel Aquino*
      **13 Cr. 536 / 16 Civ. 4673 (PKC)**

Dear Judge Castel:

I write to respectfully request a change in date for the re-sentencing of Manuel Aquino, currently scheduled for September 3 at 2:00. The government does not object to the request. Mr. Aquino is at liberty after completing a sentence for a conviction that was partially vacated as a result of a habeas petition based on the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015).

I will now be out of town for personal reasons during the week of August 31. I am available next week (*i.e.*, a week earlier than previously scheduled) or any day during the weeks of September 7 and 21. For the Court's information, the Probation Department has not yet completed an updated Presentence Report. Mr. Aquino is doing well on supervised release. He is employed with a stable residence.

I appreciate the Court's consideration of this request.

Respectfully submitted,

/s
David Patton
(212) 417-8738

cc:   AUSA Jacob Gutwillig, Esq. (via ECF)